1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile: (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13                                            *E-FILED - 5/4/07*

14  UNITED STATES OF AMERICA,        )    No.    CR 07-00189 RMW
                                     )
15        Plaintiff,                 )    STIPULATION AND []
                                     )    ORDER EXCLUDING TIME FROM
16  v.                               )    APRIL 23, 2007 TO MAY 21, 2007 FROM
                                     )    THE SPEEDY TRIAL ACT
17  GREGORIO BAUTISTA-MUNOZ,         )    CALCULATION (18 U.S.C. §
                                     )    3161(h)(8)(A))
18        Defendant.                 )
                                     )
19  _____ )

20        On April 23, 2007 the parties appeared for a hearing before this Court.  At that hearing,

21  defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense

22  counsel's need to effectively prepare by reviewing the defendant's A file and other discovery

23  materials submitted by the government.  At that time, the Court set the matter for a hearing on

24  May 21, 2007.

25        The parties stipulate that the time between April 23, 2007 and May 21, 2007 is excluded

26  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27  continuance would unreasonably deny defense counsel reasonable time necessary for effective

28  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

1

ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: April 25, 2007                           SCOTT N. SCHOOLS
                                                United States Attorney


                                                  /s/
                                                _____
                                                BENJAMIN T. KENNEDY
                                                Assistant United States Attorney


                                                  /s/
                                                _____
                                                LARA S. VINNARD
                                                Assistant Federal Public Defender

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 23, 2007 and May 21, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  5/4/07

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE