1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant BAUTISTA-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 6/6/07*

| UNITED STATES OF AMERICA, | ) | No. CR 07-00189 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| | ) | |
| GREGORIO BAUTISTA MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 21, 2007, be continued to Monday, June 11, 2007, at 9:00 a.m.

   The continuance is requested because the defense has requested additional discovery that the government has agreed to provide, specifically, a tape recording of the defendant's deportation hearing.

   The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 07-00189 RMW                            1

1 | Dated: 5/16/07            _____/s/_____
2 |                                  LARA S. VINNARD
                                 Assistant Federal Public Defender

Dated: 5/17/07            _____/s/_____
                                 BENJAMIN KENNEDY
                                 Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the hearing set for May 21, 2007, to allow time for the government to provide additional discovery.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 21, 2007, be continued to June 11, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 21, 2007, to June 11, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 6/6/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge