1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

   E-FILED ***6/22/07***

5  Counsel for Defendant BAUTISTA-MUNOZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,          )     No. CR 07-00189 RMW
12                                     )
                  Plaintiff,           )     **STIPULATION TO CONTINUE**
13                                     )     **HEARING AND EXCLUDE TIME;**
   v.                                  )     **[PROPOSED] ORDER**
14                                     )
   GREGORIO BAUTISTA MUNOZ,            )
15                                     )
                  Defendant.           )
16  _____)

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, June 11, 2007, be continued to Monday, July 23, 2007, at 9:00 a.m.

20      The continuance is requested because the defense has submitted the defendant's A-File to

21  an immigration attorney for review with respect to possible motions and trial defenses.

22  Additionally, the defense is awaiting further discovery from the government, specifically, a tape

23  recording of the defendant's deportation hearing.

24      The parties further agree that time should be excluded under the Speedy Trial Act because

25  the defense requires time for effective preparation and investigation, and the ends of justice

26  outweigh the defendant's and the public's need for a speedy trial.

1  Dated:       6/7/07                          _____/s/_____
                                                 LARA S. VINNARD
2                                                Assistant Federal Public Defender

3  Dated:       6/7/07                          _____/s/_____
                                                 BENJAMIN KENNEDY
4                                                Assistant United States Attorney

5                                **ORDER**

6

7        The parties have jointly requested a continuance of the hearing set for June 11, 2007, to

   allow time for the government to provide additional discovery.
8
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
9
   presently set for June 11, 2007, be continued to July 23, 2007,  at 9:00 a.m.
10
         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
11
   from June 11, 2007, to July 23, 2007, shall be excluded from the period of time within which
12
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
13
                                                 /s/ Ronald M. Whyte
14 Dated:       6/22/07                          _____
                                                 RONALD M. WHYTE
15                                               United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [~~PROPOSED~~] ORDER
No. CR 07-00189 RMW                         2