1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BAUTISTA-MUNOZ

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION    *E-FILED - 12/6/07*

11 UNITED STATES OF AMERICA,         )   No. CR 07-00189 RMW
                                     )
12         Plaintiff,                )   **STIPULATION TO ADVANCE**
                                     )   **HEARING; [] ORDER**
13 v.                                )
                                     )
14 GREGORIO BAUTISTA MUNOZ,          )
                                     )
15         Defendant.                )
                                     )
16 _____    )

17                    **STIPULATION**

18     Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

20 Monday, December 17, 2007, be advanced to Monday, December 3, 2007, at 9:00 a.m.  The

21 parties have reached an agreement to settle the matter, and would like to expedite entry of the

22 resolution.

23 Dated:      11/29/07                          _____/s/_____
                                                 LARA S. VINNARD
24                                               Assistant Federal Public Defender

25 Dated:      11/29/07                          _____/s/_____
                                                 BENJAMIN KENNEDY
26                                               Assistant United States Attorney

## ORDER

The parties have jointly requested that the hearing date scheduled for December 17, 2007, be advanced to December 3, 2007, so that the parties can enter a resolution.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 17, 2007, be advanced to December 3, 2007, at 9:00 a.m.

Dated: 12/6/07

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge